# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.  18-cr-00104-MSK-GPG

UNITED STATES OF AMERICA,

     Plaintiff

     v.

2.  LONG LUONG a/k/a Peter,

     Defendant.

---

## DEFENDANT LUONG'S SENTENCING STATEMENT

---

The Defendant, by and through counsel, John F. Sullivan of the Law Office of John F. Sullivan, III, PC, respectfully submits the following as a sentencing statement in advance of the sentencing hearing currently set for September 30, 2019:

1) The Defendant concurs with the recommendation of the government of a total sentence of 84 months for the reasons stated in Document 110.

2) The Defendant further notes that U.S. Probation, in explaining that there is a mandatory minimum sentence for a conviction under 21 U.S.C. § 841(a)(1), noted that a "lesser sentence does appear appropriate in this case should the Court accept a reduction" pursuant to the government's motion.

Respectfully submitted this the 25th day of September, 2019

s/John F Sullivan
Law Office of John F. Sullivan, III, PC
1745 Shea Center Drive, 4th Floor
Littleton, CO 80129
(303) 748-4343

## CERTIFICATE OF SERVICE

I certify that I have served a copy of this Sentencing Statement on the party below on this the 25th day of September, 2019 via ECF:

Mr. Jeremy Lee Chaffin
Assistant United States Attorney

s/John F. Sullivan